. The People
    vs.
Wm. Teller   Statute for the relief of the poor.    In the matter of the Overseers of the
    and
Jason Teller.    Poor of the town of *Gravesend*, for the relief of *Peter Williamson*, a
                 pauper.

Appellants, *Bernadus, Daniel,* vs. *John* and *James Williamson,* Respondents.

*King,* Counsel for the Appellants.
*Mulock,* Counsel for the Respondents.

Construct-    *King,* for the appellants, applied to the Court for a rule
ion of the stat- requiring the respondents to show cause why they should
ute for the re-
lief and settle- not support their father, a pauper, now a town charge, at
ment of the Gravesend, in King's County.    The affidavits stated that
poor. 1 Rev.
L. p. 286, §21 fact, and that the respondends resided here, and were of
sufficient ability, &c.

On the first day of this term, they appeared personally,
and by their counsel, who read affidavits stating their inability ; and it appeared that one of them was a carpenter, and the rest cartmen, and that their means were slender.

Counter testimony, on the part of the appellants was produced, establishing the ability of the respondents : and it was insisted by *King,* that the statute upon which the application was founded (1 R. L. p. 286, § 21.) did not contemplate a state of affluence on the part of the child : it was sufficient if he was of the *ability to labor* and support his father.    Here are four able bodied men, endeavoring to excuse themselves from supporting their aged father, on the ground of want of ability !    It was a libel upon human nature.

The Court, after considering the circumstances, ordered, that the defendants severally pay to the appellants the sum of thirty cents a week, for the support of their father; and the Court, though pressed by the appellant's counsel, refused to grant the rule so as to operate on the respondents *jointly*.

NEW-YORK.
March, 1823.

[This case was kindly furnished the Editor by Mr. Rogers.]